IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARYL WADE MAYATTE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-4114

_____/

Opinion filed November 20, 2017.

An appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

Daryl Wade Mayatte, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      Upon consideration of appellant's response to the Court's order of October 9, 2017, the Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed. The dismissal is without prejudice to appellant filing a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

LEWIS, BILBREY, and M.K. THOMAS, JJ., CONCUR.